UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| GARY LAVON ROBINSON, | ) | C/A No. 4:15-3472-TLW-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Supplement to |
| | ) | Report and Recommendation |
| THOMAS RAGLAND; NIKON MORGAN; | ) | |
| CHRISTOPHER DILLARD; FAITH CHAPPELL; AND | ) | |
| JASON PALMER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This is a supplement to the Report and Recommendation filed December 16, 2016 (doc. #87), to correct a scrivener's error in the Conclusion. Consistent with the contents of the Report and Recommendation, the recommendation included in the Conclusion should state "[i]f the court concludes that the claim of cruel and unusual punishment for failure to allow decontamination is exhausted, the motion for summary judgment as to this claim should be denied against Defendants Dillard, Ragland, and Morgan" rather than "[i]f the court concludes that claims of cruel and unusual punishment for failure to allow decontamination are exhausted, it is recommended that these claims against Defendants Dillard, Ragland, and Morgan be denied."

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

December 27, 2016
Florence, South Carolina